IN THE US DISTRICT COURT
OF TIDEWATER AREA,

FILED
APR 24 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

3:13CV853

MARYBETTINA CAMERON          Case No _____

VS

PENINSULA REGIONAL JAIL
          AND

COLONIAL BEHAVIORAL HEALTH SVCS
     AKA "WILLIASBURG CSB"

RECEIVED
APR 17 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

I am MaryBettina Cameron, and seek a
Writ of Habeas Corpus against the above-
mentioned parties for willful and deliberate
neglect of my medical/mental health needs
and lack of basic accomodations and
supplies normally granted to other inmates of
my status. I hereby allege that this
neglect does amount to a violation of my
basic human rights and am seeking the Writ
for the purpose of challenging those unlawful
conditions of my confinement, specifically:
     A- since my arrival at the jail, I

have consistently requested, on a daily basis- both verbally + in writing- to be given medication for various pre-existing mental health issues.

1) As of the date of this writing- I've spent 110 days incarcerated and without psychotropic meds

2) Since my arrival I've struggled with anxiety and severe depression and had multiple suicide attempts

3) My state could easily be managed with medication, however I have not been evaluated by a Dr

B - Because my condition is severe, I am segregated from the rest of the inmates. This could easily be remedied if I were properly treated and medicated

C - I have been left w/out any clothing whatsoever, even after being removed from active suicide watch

D - I have been denied access to basic

recreation and support services such
as inmate programs, law library and
group therapy that exist to improve the
quality of life for those Incarcerated

E - I have been left w/out sufficient
feminine hygiene products available to
other females during the necessary time
of the month and this caused me to
spend days at a time in an unsanitary
state.

F - The jail does not have in place - nor
will they make "reasonable accomodations"
to offer programs + support services to
inmates with disabilities, as required by
the < Americans with Disabilities Act> As
an inmate w/a *documented * neurological
dysfunction I am thus shut out of inmate life.
    THIS HONORABLE COURT HAS
    JURISDICTION OVER THESE ISSUES.
Very Respectfully Submitted by —
                                MEmerson

— My name is Mary Bettina Cameron, I am seeking to file a Federal Petition for Writ of Habeas Corpus, for the purpose of challenging certain specific conditions of my confinement —

UPDATE: Signed & notarized on April 5th, 2013.

and correct

I hereby swear everything in my Petition to be true

— M Cameron.

City/County of JAMES CITY
Commonwealth of Virginia
Subscribed and sworn to before me, in my presence,
this 05 day of APRIL 2013
by MARY CAMERON
wesley h. ____ Notary Public
My commission expires 05/31/2016

WESLEY L. QUILLIN
NOTARY PUBLIC
MY COMMISSION NUMBER
7525695
COMMONWEALTH OF VIRGINIA

My name is MARYBETTINA CAMERON, born April 24th 1972. I am currently in pre-trial detention at the Peninsula Regional Jail.

I am seeking to file a Petition for Writ of Habeas Corpus for the express purpose of challenging certain specific conditions of my confinement that I believe amount to unlawful detention.

I do not have access to the law library that is available to inmates in open population, ~~nor notary services~~
4/5/2013 — I did receive a notary.

— I have created my own petition — and although it probably is incorrect; I do humbly ask it be recognized + set down for hearing, and to have an attorney appointed to present my case before the Court.
V/R, M. Cameron

RECEIVED

APR 17 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA