NAME: MARY BETTINA CAMERON
IDNR: 12923   HSG/CELL NR 12up
VIRGINIA PENINSULA REGIONAL JAIL
9320 MERRIMAC TRAIL
WILLIAMSBURG, VA. 23185-8784

INSPECTED BY
CSO [signature]

$00.46⁰  APR 12 2013
MAILED FROM ZIP CODE 23185

LEGAL MAIL

US DISTRICT COURT
UNITED STATES FEDERAL COURT HOUSE
2 West Street
(in back of City Hall)
Newport News, VA

VA. PENINSULA REGIONAL JAIL
9320 MERRIMAC TRAIL

APR 12 2013

WILLIAMSBURG, VA.
23185-8784