RECEIVED JUN 9 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

June 14th, 2013

3:13CV253

by: Petitioner Cameron
Peninsula Regional Jail

Dear Clerk of the US District Court,

I urgently wish to proceed w/this petition I filed but am unable to even submit the paperwork back b/c it keeps getting confiscated. Due to being on active "Suicide Watch" I may not keep anything in my cell.

The forms from last week were delivered by the mailroom guard, but upon delivery they were taken from me & placed in the supply closet by the housing unit guards & they've since gone "missing" — either accidentally & perhaps even otherwise.

From what I can recall, the order — which I was permitted to briefly read — called for me to fill out the requisite forms & return

[...] since no-one knows where they might be at.

At this time, I'm out of options + pray the Court issue an order appointing an attorney, or at the very least, a *guardian at

litem* or some other advocate to hand-deliver me the paperwork and ensure I get the opportunity to fill it out. Please.

Very Respectfully Submitted
by -

/s/ [signature]

— MARY BETTINA HURLEY CAMERON