$00.46
JUN 14 2013
MAILED FROM ZIPCODE 23185

NAME: MARY BETINA CAMERON
DNR: 12523   HSG CELL NO. 112/14e
VIRGINIA PENINSULA REGIONAL JAIL
9320 WARWICK TRAIL
WILLIAMSBURG, VA 23185

LEGAL MAIL

Attn: The Court Clerk
United States District [Court]



VA PENINSULA REGIONAL JAIL
9320 MERRIMAC TRAIL
WILLIAMSBURG, VA
23185-8784

JUN 14 2013