Mary Bettina Cameron
c/o Studios 4 Less
2424 Gum Road
#213
Chesapeake, VA 23321

3:13CV253



RECEIVED OCT 29 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARY BETTINA CAMERON,**

    Plaintiff,

v.                                              Civil Action No. **3:13CV253**

**PENINSULA REGIONAL JAIL,** *et al.,*

    Defendants.

## MEMORANDUM ORDER

Plaintiff, a former Virginia inmate proceeding *pro se*, submitted this civil action and requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 7, 2013, the Court conditionally filed the action. It was unclear whether Plaintiff wished to pursue a civil rights action challenging the conditions of her confinement under 42 U.S.C. § 1983 or a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court sent Plaintiff the forms for a § 1983 action and for filing a § 2241 petition and directed Plaintiff to complete the appropriate form and return it to the Court. On June 19, 2013, the Court received a letter from Plaintiff wherein she represents that the guards at the jail confiscated the forms. (ECF No. 3.) Accordingly, the Clerk is DIRECTED to remail the forms to Plaintiff. Plaintiff is DIRECTED to complete and return the appropriate form to the Court within fifteen (15) days from the date of entry thereof. Plaintiff's requests for the appointment of counsel or a guardian ad litem (ECF Nos. 4, 5) are DENIED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Order to Plaintiff.

And it is so ORDERED.

Date: 9/24/13
Richmond, Virginia

/s/ 
M. Hannah Lauck
United States Magistrate Judge

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VIRGINIA 23219-3528

OFFICIAL BUSINESS





MARSHALS INSPECTED

RECEIVED
OCT 29 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Hold



TO: